

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DAVID MICHAEL McLENDON, Plaintiff, | § § § | |
| v. | § § | CAUSE NO. 3-09CV0397-N |
| CENTERRE HEALTHCARE, METHODIST HEALTH SYSTEMS Defendants. | § § § § | #29302 |

## PLAINTIFF'S ORIGINAL COMPLAINT

TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:

NOW COMES Plaintiff, David Michael McLendon, and files this, his Plaintiff's Original Complaint, and respectfully shows the following:

### I.
### PARTIES

1. David Michael McLendon is an individual who resides in Dallas County, Texas.

2. Centerre Healthcare is a business entity doing business in the State of Texas, including at 3020 West Wheatland Road, Dallas, Texas 75237. Centerre Healthcare can be served by serving its President and CEO, Patrick Foster, at Centerre's corporate office located at, 5250 Virginia Way, Suite 240, Brentwood, Tennessee 37027.

3. Methodist Health Systems is a business entity doing business in the State of Texas, including at 3020 West Wheatland Road, Dallas, Texas 75237. Centerre Healthcare can be served by serving its Registered Agent for Service of Process, C T Corporation System, at its registered address, 350 N. St. Paul Street Dallas, Texas 75201.

## II.
## JURISDICTION AND VENUE

4. Subject matter jurisdiction is appropriate. This case arises under the Federal Family Medical Leave Act. The FMLA specifically provides for jurisdiction in federal court.

5. Personal jurisdiction is appropriate. Defendants do business in Texas, have minimum contacts in Texas, and an assertion of jurisdiction of Defendants would not offend traditional notions of fair play and substantial justice.

6. Venue is appropriate. The acts giving rise to this claim occurred in Dallas County, Texas.

## III.
## FACTS

7. McLendon was employed by Defendants from October 4, 2007 through August 22, 2008 as Director of Patient Care Services for Methodist Rehabilitation Hospital in Dallas, Texas.

8. McLendon's physical place of employment was 3020 West Wheatland Road, Dallas, Texas 75237.

9. Defendants employed at least 50 individuals within 75 miles of 3020 West Wheatland Road, Dallas, Texas 75237.

10. As Director of Patient Care Services, McLendon was an exemplary employee.

11. On his most recent performance evaluation, McLendon was found to be fully satisfactory.

12. McLendon was never placed on any performance improvement plan, never received any written disciplinary action, and never received a verbal reprimand.

13. On August 4, 2008, McLendon learned that a serious medical condition concerning his spine would require surgery.

14. On August 4, 2008, McLendon notified Zandra Faris and Cheryl Luster that he would need to take FMLA leave after October 4, 2008 for approximately six weeks for surgery and recovery.

15. At the time, Zandra Faris was the President of Methodist Rehabilitation Hospital.

16. At the time, Cheryl Luster was director of Human Resources of Methodist Rehabilitation Hospital.

17. On August 22, 2008, McLendon was fired from his job.

18. Defendants have failed to identify just cause for McLendon's termination.

19. Defendants never indicated, prior to McLendon's termination, that he might be terminated. Defendants never notified McLendon, prior to his termination, that Defendants were dissatisfied with McLendon's performance.

20. Contrary to Defendants' progressive, written disciplinary policy, Mr. McLendon never received a written reprimand or verbal reprimand prior to his termination.

21. All conditions precedent to the bringing of this suit have been satisfied or have been fulfilled.

## IV.
## FIRST CAUSE OF ACTION
## RETALIATION UNDER THE FAMILY MEDICAL LEAVE ACT

22. The FMLA prohibits interfering with restraining, or denying, the exercise of rights protected by the Act.

23. This prohibition includes terminating an employee to prevent him from qualifying for leave rights.

24. Defendants terminated Plaintiff because of his attempt to exercise leave rights following his one year employment anniversary.

25. Because of the acts and omissions of Defendants, Plaintiff has suffered damages.

## V.
## JURY DEMAND

26. Plaintiff exercises his right to trial by jury and tenders the appropriate fee.

## VI.
## DAMAGES

27. Plaintiff seeks his economic damages, including back and front pay. Plaintiff seeks loss of economic opportunity. Plaintiff seeks damages to his professional reputation and career.

28. Plaintiff seeks compensatory damages for inconvenience, garden variety mental anguish, and such other award as may be allowed by law.

29. Plaintiff seeks liquidated damages in an amount equal to economic damages.

30. Because Defendants' acts were committed with malice or with a reckless disregard to Plaintiff's statutorily protected rights, Plaintiff seeks an award of punitive damages.

31. Plaintiff seeks injunctive relief, including an order to reinstate and restore him to his position, an injunction against further retaliation, and monitoring.

32. Plaintiff seeks his attorney fees.

33. Plaintiff seeks his costs.

34. Plaintiff seeks pre and post-judgment interest at the maximum rate allowed by law.

WHEREFORE, premises considered, Plaintiff respectfully prays that Summons be issued and, that upon a trial on the merits, Plaintiff be awarded all relief requested herein, and such further and other relief as to which he may be justly entitled.

    Respectfully submitted,
    ROB WILEY, P.C.

    _____
    Robert J. Wiley
    Texas Bar No. 24013750
    *Board Certified in Labor and Employment Law –*
       *Texas Board of Legal Specialization*
    1825 Market Center Blvd. Ste. 385
    Dallas, TX 75207
    Telephone: (214) 528-6500
    Facsimile: (214) 528-6511
    rwiley@robwiley.com
    Attorney for Plaintiff

⸱JS 44   (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
David Michael McLendon

## DEFENDANTS
CENTERRE HEALTHCARE and METHODIST HEALTH SYSTEMS

(b) County of Residence of First Listed Plaintiff: **Dallas**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

RECEIVED MAR 3 2009 U.S. DISTRICT COURT CLERK, NORTHERN DIST. OF TEXAS

(c) Attorney's (Firm Name, Address, and Telephone Number)
Robert J. Wiley, Rob Wiley, P.C., 1825 Market Center Blvd., Ste. 385, Dallas, Texas 75207. (214) 528-6500

Attorneys (If Known)

**3-09CV0397-N**

## II. BASIS OF JURISDICTION   (Place an "X" in One Box Only)

- ☐ 1  U.S. Government Plaintiff
- ☒ 3  Federal Question (U.S. Government Not a Party)
- ☐ 2  U.S. Government Defendant
- ☐ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT  (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☒ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus - Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V. ORIGIN   (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
FAMILY MEDICAL LEAVE ACT
Brief description of cause:

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DEMAND $ _____

CHECK YES only if demanded in complaint:
JURY DEMAND:  ☒ Yes   ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____   DOCKET NUMBER _____

DATE: 02/26/2009
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____